IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| CHARLES OWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:05 CV 01099 |
| | ) |
| ADM MILLING COMPANY, | ) Honorable James D. Todd |
| | ) |
| Defendant. | ) |

## ORDER OF SPECIAL ADMISSION

It is hereby ordered that Timothy A. Wolfe shall be admitted to appear before this Court for the special purpose of acting as attorney to Defendant, ADM Milling Company, in this matter.

ENTERED:

_____, 2005

Honorable James D. Todd

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 05-03-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01099 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Timothy A. Wolfe
MECKLER BULGER & TILSON
123 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

William P. Dougherty
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT