IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 JUL 18 PM 4: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| CHARLES OWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:05 CV 01099 T |
| ADM MILLING COMPANY, | ) ) ) |
| Defendant. | ) ) |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

### INITIAL DISCLOSURES (RULE 26(a)(1)):

The parties will exchange initial disclosures by August 12, 2005.

### JOINING PARTIES:

    For Plaintiff:    By September 29, 2005
    For Defendant:    By October 29, 2005

### AMENDING PLEADINGS:

    For Plaintiff:    By September 29, 2005
    For Defendant:    By October 29, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __01-20-05__

**COMPLETING ALL DISCOVERY:**     By March 29, 2006

    (a)   **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:** To be propounded no later than February 25, 2006

    (b)   **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i) Plaintiff's Experts:     By December 29, 2005
        (ii) Defendant's Experts:     By January 30, 2006
        (iii) Supplementation under Rule 26(e): By February 10, 2006

    (c)   **DEPOSITIONS OF EXPERTS:** By March 29, 2006

**FILING OF DISPOSITIVE MOTIONS:**     By April 28, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)   for Plaintiff:     45 days before trial (June 16, 2006)
    (b)   for Defendant:     30 days before trial (June 30, 2006)

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __3__ days and is SET for **JURY TRIAL** on __July 31, 2006__ at **9:30 A.M.** A joint pretrial order is due on __July 24, 2006__. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the

FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 18, 2005

Agreed

**GILBERT & RUSSELL, PLC**

*/s/ Justin S. Gilbert*

Justin S. Gilbert
TN Bar No. 017079
Michael L. Russell
TN Bar No. 20268
2021 Greystone Dr.
P. O. Box 11357
Jackson, TN 38308
Telephone: 731-664-1340
Facsimile: 731-664-1540

ATTORNEYS FOR PLAINTIFF

*Jim Wolfe by MLR w/permission*

Timothy A Wolfe
123 N. Wacker Dr.
Ste. 1800
Chicago IL 60606

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01099 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Timothy A. Wolfe
MECKLER BULGER & TILSON
123 N. Wacker Dr.
Ste. 1800
Chicago, IL 60606

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

William P. Dougherty
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT